**FILED**

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0509

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0509

_____

ROBERT WINKOWITSCH,

     Plaintiff and Appellee,

  v.                          O R D E R

GLACIER ELECTRIC COOPERATIVE, INC.,

     Defendant and Appellant.

_____

Appellant Glacier Electric Cooperative has filed a motion for extension of time to file its reply brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until August 16, 2023, to file its reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2023